1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division                    E-FILED 08/26/2013
   SHAWN J. NELSON (CA Bar No. 185149)
4  Assistant United States Attorney
        1500 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-5339
        Facsimile: (213) 894-3713
7       E-mail: shawn.nelson@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,  ) CR No. 12-01119-GHK
                               )
13          Plaintiff,         ) [PROPOSED] ORDER AND FINDINGS
                               ) REGARDING EXCLUDABLE TIME PERIODS
14          v.                 ) PURSUANT TO SPEEDY TRIAL ACT
                               )
15  CHANTILLE MOORE,           )
                               )
16          Defendant.         )
                               )
17

18       The Court has read and considered the Second Stipulation

19  Regarding Findings of Excludable Time Periods Pursuant to Speedy

20  Trial Act, filed by the parties in this matter on August 22,

21  2013.  The Court hereby finds that the Stipulation, which this

22  Court incorporates by reference into this Order, demonstrates

23  facts that provide good cause for a finding of excludable time

24  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

25       The Court further finds that: (i) the ends of justice served

26  by the continuance outweigh the best interest of the public and

27  defendant in a speedy trial; (ii) failure to grant the

28  continuance would be likely to make a continuation of the

proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  For purposes of computing the date under the Speedy Trial Act by which trial must commence as to defendant CHANTILLE MOORE, the time period of May 20, 2013, through September 16, 2013, inclusive is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

2.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

8/26/13
DATE

THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

Presented by:

/S/ Shawn J. Nelson
SHAWN J. NELSON
Assistant United States Attorney